## John Robert SANCHEZ, Appellant,

v.

## The STATE of Texas, Appellee.

### No. 04–00–00066–CR.

Court of Appeals of Texas, San Antonio.

May 16, 2001.

Discretionary Review Refused Oct. 10, 2001.

Richard E. Langlois, Law Office of Richard E. Langlois, San Antonio, for appellant.

Mary Beth Welsh, Asst. Crim. Dist. Atty., San Antonio, for appellee.

Sitting: RICKHOFF, LÓPEZ and DUNCAN, Justices.

RICKHOFF, Justice.

Appellant pled guilty, with a plea recommendation, to making or possessing counterfeit insurance documents, a felony. The trial court assessed punishment at five years' confinement, according to the terms of the plea agreement. Appellant filed a general notice of appeal. The trial court did not grant appellant permission to appeal.

On appeal, appellant contends his plea was involuntary because his trial attorney had a conflict of interest. Appellate courts may not consider the issue of voluntariness of a guilty plea from a plea-bargained, felony conviction. *Cooper v. State*, 45 S.W.3d 77, 77 (Tex.Crim.App.2001); *see also* TEX.R.APP. P. 25.2(b). Therefore, because appellant's sentence did not exceed that to which he agreed and because he

filed a general notice of appeal, we are without jurisdiction to consider the merits of appellant's complaint and we must dismiss the appeal.